UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-241(DWF)

UNITED STATES OF AMERICA,

Plaintiff,

v.

LORENZO STATEN,

Defendant.

REASSIGNMENT OF CRIMINAL CASE

The above-referenced criminal case has been reassigned as follows:

| Criminal No. | Defendant Name | Remove AUSA | Add AUSA |
|---|---|---|---|
| 01-241(DWF) | Lorenzo Staten | Paul A. Murphy | Joseph T. Walbran |

Dated: 3/31/05

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/ Paul A. Murphy

PAUL A. MURPHY
Assistant United States Attorney