**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LORENZO STATEN,<br>Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: JANIE S. MAYERON<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | 01-241(1)(DWF) |
| Date: | April 5, 2005 |
| Court Reporter: | |
| Tape Number: | 98-1345/1730 |
| Time Commenced: | 3:05 p.m. |
| Time Concluded: | 3:10 p.m. |
| Time in Court: | 5 Minutes |

## APPEARANCES:

Plaintiff: Ann Anaya, Assistant U.S. Attorney
Defendant: Andrew Mohring, Assistant Federal Public Defender

☒ To be appointed

Date Charges Filed: 3/30/05 Offense: Violation of Supervised Release

☒ Waived Reading of Charges ☒ Advised of Rights

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered

Next appearance date is 4/8/05 at 2:30 p.m. before U.S. Magistrate Judge Janie Mayeron for:

☒ detention hrg ☒ preliminary revocation

s/ Katie Haagenson
Signature of Judicial Assistant