AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

2005 MAR 30 P 3:10

RECEIVED U.S. MARSHAL ST. PAUL MINN

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

CASE NUMBER: **CR 01-241(1) DWF**

0541-0330-0833-D

Lorenzo Staten

RECEIVED MAR 31 9 30 AM '05 US MARSHALS SERVICE MPLS., MN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Lorenzo Staten

and bring him forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him with:

Violation of Supervised Release

Ordered by: Donovan W. Frank, United States District Court Judge.

March 30, 2005 at St. Paul, MN

(By) Mary Kay Furchner, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ______________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 3-30-05
ARRESTED BY East Metro Fugitive TF
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ______

SCANNED APR 5 2005 U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04