**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORENZO STATEN,<br><br>Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: JANIE S. MAYERON<br>U.S. Magistrate Judge<br><br>Case No: 01-241(1)(DWF)<br>Date: April 7, 2005<br>Court Reporter:<br>Tape Number:<br>Time Commenced:<br>Time Concluded:<br>Time in Court: No Hearing Held |

☐ **PRELIMINARY HRG**
☐ **PRELIMINARY/DETENTION HRG**
☐ **BOND REVOCATION HRG**
☒ **DETENTION HRG**
☐ **REMOVAL HRG**
☒ **PRELIMINARY REVOCATION HRG**

By letter dated April 7, 2005, Andrew Mohring, counsel for defendant, advised the Court that defendant was waiving the preliminary and detention hearings in the above matter which had been scheduled for April 8, 2005. Defendant understands that having waived these hearings he will remain in custody until the as yet unscheduled final revocation hearing before Judge Frank. Therefore, the preliminary revocation and detention hearing scheduled for April 8, 2005 is canceled.

s/Katie Haagenson
Signature of Judicial Assistant