**FEDERAL PUBLIC DEFENDER**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5358
Fax: 612-664-5850.

DANIEL M. SCOTT
Federal Public Defender

TIM W. TREBIL
MIKE KAULFUSS
Investigators

JULIE M. PETTIT
Paralegal

SCOTT F. TILSEN
First Assistant Defender

Assistant Federal Defenders
ANDREW H. MOHRING
ANDREA K. GEORGE
VIRGINIA G. VILLA
KATHERINE MENENDEZ
MANNY K. ATWAL
LYONEL NORRIS

April 7, 2005

Honorable Janie S. Mayeron
United States Magistrate Judge
604 U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

Re: United States v. Lorenzo Staten
Criminal No. 01-241 (DWF)

Dear Magistrate-Judge Mayeron:

I write on Mr. Staten's behalf to waive the preliminary and detention hearings that are scheduled before you for tomorrow, 8 April 2005, at 2:30. Mr. Staten understands his right to have these hearings and that, having waived them, he will remain in custody until the as yet unscheduled final revocation hearing before Judge Frank.

Mr. Staten is scheduled for an intake interview for a long-term, residential chemical dependency treatment program, which will take place at the Sherburne County jail, sometime tomorrow. Accordingly, we will be very grateful if word that there will be no hearing is passed on to the Marshalls, so that Mr. Staten remains where he is, and so that the interview can take place.

If you need additional information, or if there is anything I can do to help facilitate these outcomes, please let me know.

Sincerely,

ANDREW H. MOHRING
Assistant Federal Defender

AHM/ahm

cc: Dennis Bresnahan, USPO

SCANNED
APR 08 2005
U.S. DISTRICT COURT ST. PAUL