# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SUPERVISED RELEASE VIOLATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

LORENZO STATEN,
Defendant.

**COURT MINUTES - CRIMINAL**

Case No: 01-241(01)(DWF/ESS)
Date: April 26, 2005
Court Reporter: JEANNE ANDERSON
Time Commenced: 11:30
Time Concluded: 12:00
Time in Court: Hour & 30 Minutes

Before DONOVAN W. FRANK, United States Judge, at ST PAUL, Minnesota.

**Court continues Supervised Release with the added condition that defendant immediately report to, attend and complete the program offered by the Salvation Army's Adult Rehabilitation Center.**

**Further, Defendant be released from custody.**

APPEARANCES:

For Plaintiff: JOSEPH WALBRAN
For Defendant: ANDREW MOHRING 9 FPD 9 CJA 9 Retained 9 Appointed

9 Appointment of Counsel requested - 9 granted 9 denied.
9 Appointed

PROCEEDINGS:
9 **Arraignment** on 9 Information, 9 Indictment
9 **Change of Plea Hearing.**
: **Final Appearance. DEFENDANT ADMITS VIOLATION**.
9 Indictment waived.
9 Defendant withdraws plea of as to Count(s):

9 PLEA:
9 **Guilty as to Count(s):**
9 "Nolo Contendere" as to Count(s):
9 Defendant admits allegations in the Information.

9 Presentence Investigation and Report requested.
9 Defendant not in custody.
9 **~Util Set/Reset Hearings:** Sentencing is scheduled for at before.
9 Defendant remanded to the custody of the U.S. Marshal.

s/Lowell Lindquist
Deputy Clerk