**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: Jonathan G. Lebedoff |
| Plaintiff, | ) | U.S. Chief Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 01-241 DWF |
| | ) | Date: May 16, 2005 |
| **Lorenzo Staten**, | ) | Court Reporter: None |
| | ) | Tape Number: Not available |
| Defendant. | ) | Time Commenced: 10:00 a.m. |
| | | Time Concluded: 10:35 a.m. |
| | | Time in Court: 35 Minutes |

____ **PRELIMINARY HRG ONLY** ____ **DETENTION HRG ONLY**

T **PRELIMINARY REVOCATION/DETENTION HRG** _____ **REMOVAL HRG**

APPEARANCES:

**Plaintiff**: Tom Hollenhorst
Assistant U.S. Attorney

**Defendant:** Virginia Villa
T FPD 9 CJA 9 Retained T Appointed

Interpreter: NA // English

On 9 Indictment 9 Information 9 Complaint Violation of 9 Pre-trial Release T **Supervised Release**

9 Charges from other District ________________________________________________

T Deft Ordered Detained - Govt to submit proposed order 9 Bond Continued 9 Moot Currently Srvg Sentence

Bond set in the amount of $____________________ with conditions, see Order Setting Conditions of Release.

9 Deft bound over to District Court of Minnesota
9 Deft removed to charging district and is ordered to appear before ________________on__________________.

9 Removal Order to be Issued 9 No Removal Order to be Issued 9 Commitment to Another District to be Issued

Additional Information:
**Final Revocation hearing on May 25, 2005 at 8:30 a.m. before Judge Donovan W. Frank.**

s/Joan Flood
Signature of Judicial Assistant