UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-241 (DWF)

UNITED STATES OF AMERICA,
Plaintiff,
v.
LORENZO STATEN,
Defendant.

ORDER OF DETENTION

This matter came before the Court on May 16, 2005, for a preliminary and detention hearing upon the Petition on Supervised Release filed by the United States Probation Office. The defendant was present and represented by his attorney, Virginia Villa. The United States was represented by Assistant United States Attorney Thomas M. Hollenhorst.

The Court heard testimony from Probation Officer Dennis E. Bresnahan. The Court concluded that probable cause exists to believe the defendant committed the violation alleged in the Petition on Supervised Release.

Based upon the evidence presented at the detention hearing and the arguments of counsel, the Court concludes that there has been a clear and convincing showing that no condition or combination of conditions of bond will reasonably ensure the safety of the community and the defendant's appearance in court. Accordingly, the Court will grant the government's motion for detention.

FINDINGS OF FACT

1. On October 23, 2001, the defendant entered a plea of guilty in the District of Minnesota to Accessory After the Fact in violation of 18 U.S.C. § 3. He was sentenced on April 2, 2002, before the Honorable Donovan W. Frank, United States District Judge, to a sentence that included 33 months of confinement followed by a three-year term of supervised release. On March 15, 2005, the defendant was released from custody and began serving his term of supervised release.

2. On April 26, 2005, the defendant appeared before the Court on a supervised release revocation hearing as a result of positive urine samples submitted on March 22, 2005, and March 29, 2005. The defendant was ordered to complete the program offered by the Salvation Army's Adult Rehabilitation Center ("ARC") in Minneapolis, Minnesota. Completion of the program was made a special condition of the defendant's supervised release.

3. On April 27, 2005, the defendant entered the ARC program. He was disenrolled from the program on May 4, 2005, for a variety of reasons including his failure to do work therapy and his failure to comply with established rules on telephone usage. In addition, the defendant would have been dismissed from the program for a theft that was discovered after he had left the program.

**CONCLUSIONS OF LAW**

Based upon the evidence presented, the Court makes the following conclusions of law:

1. There is probable cause to believe that the defendant violated the conditions of supervised release as set forth above.

2. As a result of this violation, the defendant's long criminal record, and the defendant's drug usage history, the defendant poses a danger to himself and the community.

For the foregoing reasons,

IT IS HEREBY ORDERED that:

1. The motion of the United States for detention of defendant is granted;

2. The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which the defendant is confined shall deliver him to the United States

Marshal for the purpose of appearance in connection with further court proceedings.

Dated: May 16, 2005.

s/Jonathan Lebedoff

________________________________
Jonathan Lebedoff
Chief, U.S. Magistrate Judge