A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

2005 MAY 10 P 4: 32

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

CASE NUMBER: **CR 01-241 (1) DWF**

Lorenzo Staten

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Lorenzo Staten

and bring him or her forthwith to the nearest Magistrate Judge to answer an St. Paul charging him or her with:

Ordered by: Donovan W. Frank, United States District Court Judge.

(By) Michelle Conway, Deputy Clerk — May 10, 2005 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer ______________________ Signature of Arresting Officer ______________________

RECEIVED
MAY 16 2005
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

ARRESTED ON 5-10-05
ARRESTED BY Self - Surrender
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ____________

SCANNED
MAY 16 2005
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

PG Modified 12/08/04