**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **COURT MINUTES - CRIMINAL** |
| v. | ) | BEFORE: DONOVAN FRANK U.S. Judge |
| LORENZO STATEN, Defendant. | ) | |

Case No: 01-241(01)(DWF/ESS)
Date: May 24, 2005
Court Reporter: JEANNE ANDERSON
Tape Number:
Time Commenced: 10:00
Time Concluded: 11:00
Time in Court: 1 Hour & Minutes

**CONTINUED TO JUNE 3, 2005 at 2:30**

APPEARANCES:

Plaintiff: JOSEPH WALBRAN, Assistant U.S. Attorney
Defendant: VIRGINIA VILLA 9 FPD 9 CJA 9 Retained 9 To be appointed

PROCEEDINGS:

9 Counsel waived. 9 Appointment of Counsel requested.
9 Request granted. 9 Request denied.
9 **Initial Appearance - Revocation Proceedings.**
9 **Revocation of Probation - Final Hearing.**
: **Revocation of Supervised Release - Final Hearing.**
9 Hearing on Report on Defendant Under Supervision (Filing No. )
9 Preliminary Examination 9 Waived 9 Detention Hearing 9 Waived
9 Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention Hearing 9 Granted 9 Denied.
9 Defendant admits allegations. 9 Defendant denies allegations.

ORDERED:

9 COURT TO UNSEAL PETITION/REPORT (Filing No. )
9 Defendant released on same terms and conditions of supervised release.
9 Detention Hearing scheduled for.
: Defendant remanded to custody of the U.S. Marshal.
9 Violation of Supervised Release Hearing set for before Judge.
9 Defendant sentenced to pay fine of $ as to Count(s) and costs.
9 Report on Offender Under Supervision is granted or denied.
9 Probation continued for a term of.
9 Supervised Release continued for a term of.
9 Defendant is sentenced to:
9 Written order to be issued.

s/Lowell Lindquist
Deputy Clerk