Released to probation/USM 5/3/05

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court
## District of Minnesota

UNITED STATES OF AMERICA
v.
**LORENZO STATEN**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **01-241(01)(DWF/ESS)**
USM Number: **10014-041**
Social Security Number: **5367**
Date of Birth: **1955**

2005 APR 27 A 10:27
RECEIVED U.S. MARSHAL ST. PAUL MINN

**Andrew Mohring**
Defendant's Attorney

**THE DEFENDANT:**

[X] admitted guilt to violation of condition(s) of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

RECEIVED 05 MAY 24 PM 4:08 CLERK U.S. DIST. COURT MINNEAPOLIS, MINN

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | Tested positive for marijuana and cocaine. | 3/22/05 |
| | Tested positive for cocaine. | 3/29/05 |
| Special Condition #3 | Failed to provide a urine sample. | 3/28/05 |
| | Failed to show for assessment. | 3/28/05 |

The defendant is sentenced as provided in pages 1 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**APRIL 26, 2005**
Date of Imposition of Judgment

s/Donovan W. Frank
Signature of Judge

**DONOVAN W. FRANK,** United States District Judge
Name & Title of Judge

**APRIL 26, 2005**
Date

A true printed copy in 2 sheet(s) of the electronic record filed on 4/26/05 in the United States District Court for the District of Minnesota.
CERTIFIED, 4/26, 2005
RICHARD D. SLETTEN
BY: [signature]
Deputy Clerk

SCANNED
MAY 25 2005
U.S. DISTRICT COURT MPLS

DEFENDANT: LORENZO STATEN
CASE NUMBER: 01-241(01)(DWF/ESS)

# SUPERVISED RELEASE

The defendant shall continue serving the present supervised release term under the same conditions with this addition:

1. The defendant shall complete the program offered by the Salvation Army's Rehabilitation Center (ARC). Defendant understands that if he does not complete this program he may forfeit Supervised Release.