PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Lorenzo Staten**

**Docket No. 0:01CR00241-001(DWF)**

**Amended Petition on Supervised Release**

COMES NOW **Dennis E. Bresnahan,** U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Lorenzo Staten** who was sentenced for Accessory After the Fact, in violation of 18 U.S.C. § 3, on April 2, 2002, by the Honorable Donovan W. Frank, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Financial disclosure
- Drug/alcohol treatment
- Substance abuse treatment
- Mental health
- Take prescribed medications as directed
- Restitution

On April 26, 2005, Mr. Staten appeared before Your Honor for a Revocation of Supervised Release Hearing. Mr. Staten was placed back on supervised release and the following special condition was imposed:

- The defendant shall complete the program offered by the Salvation Army's Adult Rehabilitation Center (ARC).

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #6: The defendant shall complete the program offered by the Salvation Army's (ARC). Defendant understands that if he does not complete this program he may forfeit supervised release.

On May 4, 2005, Mr. Staten was discharged from the program due to his poor performance in the program.

**MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.**

**On May 5, 2005, the defendant admitted to a Ramsey County chemical assessor that he had used crack cocaine within the previous 24 hours.**

MAY 25 2005
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**STANDARD CONDITION #2: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.**

**On May 5, 2005, the undersigned officer spoke with the defendant and instructed him to report to the U.S. Probation Office immediately. The defendant stated that he would comply. The purpose of this meeting was to collect a urine sample as Your Honor has a zero tolerance policy with regards to illegal drug use. The defendant failed to report as directed.**

PRAYING THAT THE COURT WILL ORDER That the defendant be brought before the Court to show cause why supervision should not be revoked.

ORDER OF THE COURT

Considered and ordered this 25th day of May, 2005, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Dennis E. Bresnahan
U.S. Probation Officer

Executed on May 25, 2005
Place St. Paul