AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court
## District of Minnesota

UNITED STATES OF AMERICA
v.
**LORENZO STATEN**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **01-241(01)(DWF/ESS)**
USM Number: **10014-041**
Social Security Number: **5367**
Date of Birth: **1955**

**Virginia Villa**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of condition(s) of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Special Condition #6 | Did not complete program offered by Salvation Army's (ARC) | 5/4/05 |
| Mandatory Condition | Admitted using crack cocaine. | 5/5/05 |
| Standard Condition #2 | Failed to report to provide a urine sample. | 5/5/05 |

The defendant is sentenced as provided in pages 1 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**JUNE 3, 2005**
Date of Imposition of Judgment

s/Donovan W. Frank
Signature of Judge

**DONOVAN W. FRANK**, United States District Judge
Name & Title of Judge

**JUNE 3, 2005**
Date

DEFENDANT: LORENZO STATEN
CASE NUMBER: 01-241(01)(DWF/ESS)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **14 MONTHS. Upon release from prison, the defendant is discharged without a Supervised Release Term to follow**.

[**X**] The court makes the following recommendations to the Bureau of Prisons:
**1. Defendant be confined at FCI-Waseca, Minnesota, or another prison facility in the State of Minnesota.**
**2. Defendant participate in a drug treatment program while in custody.**

[**X**] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ________________ to ____________________

a ____________________ , with a certified copy of this Judgment.

____________________
United States Marshal

By ____________________
Deputy United States Marshal